UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PAMELA HARTIG, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) 3:11-cv-00074-RLY-WGH |
| OLD NATIONAL BANK, | ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Comes now the court, having this day granted the Defendant's Motion for Summary Judgment, and enters final judgment in favor of the Defendant and against the Plaintiff.

**SO ORDERED** this 21st day of May 2013.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk


Distributed Electronically to Registered Counsel of Record.